

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00406-CV

| | | |
|---|---|---|
| Anthony Dewight Heard | § | From the 431st District Court |
| | § | of Denton County (2011-70112-431) |
| v. | | |
| | § | March 27, 2014 |
| Kristi Dawn Heard | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's final decree of divorce. The final decree of divorce is modified to provide that the permanent injunction against Anthony Dewight Heard ceases when Kristi Dawn Heard's present possessory interest in Anthony Dewight Heard's one-half separate property interest in the residence located at 8220 Holliday Road, Lantana, Texas, terminates. The final decree of divorce is further modified to delete the portion of the decree awarding Kristi Dawn Heard attorney's fees in the amount of $18,568.98. It is ordered that the final decree of divorce of the trial court is affirmed as modified.

It is further ordered that all costs of this appeal are taxed against the parties incurring same, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier_____
     Justice Bill Meier